Amir Nassihi, (SBN 235936)
anassihi@shb.com
Rodrigo E. Salas, SBN (194462)
rsalas@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Nykeemah C. McClendon SBN (322544)
nmcclendon@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, #3000
Los Angeles, CA 90067
Tel: 424.285.8330 | Fax: 424.204.9093

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJID JAFARPOURMOGHADDAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-CV-02043-DOC-KES<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 13, 2020<br><br>Date: February 5, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10A |

**TO THE COURT, ALL PARTIES AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Majid Jafarpourmoghaddam, and Defendant Mercedes-Benz USA, LLC (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses have not resolved and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 to 120 days.

Dated: January 18, 2024,    CALIFORNIA CONSUMER ATTORNEYS, P.C

By: */s/Michael William Oppenheim*
_____
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Michael William Oppenheim, Esq.
Attorneys for Defendant
MAJID JAFARPOURMOGHADDAM

Dated: January 18, 2024,    SHOOK, HARDY & BACON L.L.P.

By: */s/ Nykeemah McClendon*
_____
Amir Nassihi, Esq.
Rodrigo E. Salas, Esq.
Nykeemah C. McClendon, Esq.
Attorneys for Defendant
MERCEDES-BENZ, USA, LLC.