| | |
|---|---|
| 1 | **CALIFORNIA CONSUMER ATTORNEYS, P.C.** |
| 2 | Michael H. Rosenstein (SBN 169091) |
|   | mhr@calattorneys.com |
| 3 | Sepehr Daghighian (SBN 239349) |
|   | sd@calattorneys.com |
| 4 | Michael W. Oppenheim (SBN 331956) |
|   | mwo@calattorneys.com |

CALIFORNIA CONSUMER ATTORNEYS, P.C.
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Michael W. Oppenheim (SBN 331956)
mwo@calattorneys.com
10866 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone:  (310) 872-2600
Facsimile:  (310) 730-7377
Attorneys for Plaintiff,
**MAJID JAFARPOURMOGHADDAM**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi (SBN 235936)
anassihi@shb.com
Rodrigo E. Salas (SBN 194462)
rsalas@shb.com
Nykeemah C. McClendon (SBN 322544)
nmcclendon@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJID JAFARPOURMOGHADDAM, an individual, | Case No.: 8:23-cv-02043-DOC (KESx) |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Date Filed: November 1, 2023 |
| | Trial Date: Not Set |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MAJID JAFARPOURMOGHADDAM ("Plaintiff") and defendant MERCEDES-BENZ USA, LLC ("Defendant") (collectively "Parties") by and through their counsel of record, hereby stipulate to dismiss this action.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, and subject to approval by the Court, that:

1. The entire action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated: June 20, 2024

Respectfully submitted,
**CALIFORNIA CONSUMER ATTORNEYS, P.C.**

 /s/ *Michael W. Oppenheim*
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Michael William Oppenheim, Esq.
Attorneys for Plaintiff:
**MAJID JAFARPOURMOGHADDAM**

**SHOOK, HARDY & BACON L.L.P.**

 /s/ *Nykeemah C. McClendon*
Amir Nassihi
Rodrigo E. Salas
Nykeemah C. McClendon
Attorneys for Defendant:
**MERCEDES-BENZ USA, LLC**

JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Defendant Mercedes-Benz USA, LLC, and that I have obtained counsel's authorization to affix her electronic signature to this document.

Respectfully submitted,
**CALIFORNIA CONSUMER ATTORNEYS, P.C.**

 /s/ *Michael W. Oppenheim*
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Michael William Oppenheim, Esq.
Attorneys for Plaintiff:
**MAJID JAFARPOURMOGHADDAM**